EXHIBIT J

Form **990-EZ**

Department of the Treasury
Internal Revenue Service

**Short Form**
## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

▶ Sponsoring organizations of donor advised funds and controlling organizations as defined in section 512(b)(13) must file Form 990. All other organizations with gross receipts less than $500,000 and total assets less than $1,250,000 at the end of the year may use this form.

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-1150

**2009**

**Open to Public Inspection**

**A** For the 2009 calendar year, or tax year beginning July 1, 2009, and ending June 30, 2010

**B** Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Terminated
- ☐ Amended return
- ☐ Application pending

Please use IRS label or print or type. See Specific Instructions

**C** Name of organization
AVKO Educational Research Foundation, Inc

Number and street (or P O box, if mail is not delivered to street address)    Room/suite
3084 Willard Rd

City or town, state or country, and ZIP + 4
Birch Run, Michigan 48415

**D** Employer identification number
23-7400448

**E** Telephone number
810 686 9283

**F** Group Exemption Number ▶

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Accounting Method. ☐ Cash ☒ Accrual
Other (specify) ▶

**I** Website: ▶ www.avko.org

**J** Tax-exempt status (check only one) — ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**H** Check ▶ ☒ if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**K** Check ▶ ☐ if the organization is not a section 509(a)(3) supporting organization and its gross receipts are normally not more than $25,000 A Form 990-EZ or Form 990 return is not required, but if the organization chooses to file a return, be sure to file a complete return

**L** Add lines 5b, 6b, and 7b, to line 9 to determine gross receipts. If $500,000 or more, file Form 990 instead of Form 990-EZ ▶ $

### Part I    Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions for Part I )

| | | | |
|---|---|---|---|
| **Revenue** | 1 | Contributions, gifts, grants, and similar amounts received . . . . . . . | **1** 10,621.39 |
| | 2 | Program service revenue including government fees and contracts (FREE) | **2** -0- |
| | 3 | Membership dues and assessments . . . . . . . . . . . . | **3** 14,910.00 |
| | 4 | Investment income . . . . . . . . . . . . . . . . . | **4** -0- |
| | 5a | Gross amount from sale of assets other than inventory . . . **5a** -0- | |
| | b | Less: cost or other basis and sales expenses . . . . . **5b** -0- | |
| | c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) | **5c** -0- |
| | 6 | Special events and activities (complete applicable parts of Schedule G). If any amount is from gaming, check here ▶ ☐ | |
| | a | Gross revenue (not including $ -0- of contributions reported on line 1) . . . . . **6a** | |
| | b | Less: direct expenses other than fundraising expenses . . . **6b** | |
| | c | Net income or (loss) from special events and activities (Subtract line 6b from line 6a) | **6c** ( ... ) |
| | 7a | Gross sales of inventory, less returns and allowances . . . **7a** 206,949.03 | |
| | b | Less: cost of goods sold . . . . . . . . . . . **7b** 34,443.44 | |
| | c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) | **7c** 172,505.59 |
| | 8 | Other revenue (describe ▶ ) | **8** -0- |
| | 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6c, 7c, and 8 . . . . ▶ | **9** 198,036.98 |
| **Expenses** | 10 | Grants and similar amounts paid (attach schedule) . . . . . . . | **10** -0- |
| | 11 | Benefits paid to or for members . . . . . . . . . . . . | **11** -0- |
| | 12 | Salaries, other compensation, and employee benefits . . . . . . | **12** 72,796.80 |
| | 13 | Professional fees and other payments to independent contractors . . . | **13** -0- |
| | 14 | Occupancy, rent, utilities, and maintenance . . . . . . . . . | **14** 30,938.07 |
| | 15 | Printing, publications, postage, and shipping . . . . . . . . | **15** 39,780.44 |
| | 16 | Other expenses (describe ▶ Insurance, Phone, Web, Depreciation, Freight Loans etc) | **16** 67,902.05 |
| | 17 | **Total expenses.** Add lines 10 through 16 . . . . . . . . . ▶ | **17** 211,417.32 |
| **Net Assets** | 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) . . . . | **18** (13,380.34) |
| | 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . | **19** 1,357,000. |
| | 20 | Other changes in net assets or fund balances (attach explanation) See Copyrights line 24 | **20** (495,841.39) |
| | 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 . ▶ | **21** 847,778.27 |

RECEIVED OCT 15 2010 IRS-OSC OGDEN, UT

### Part II    Balance Sheets. If Total assets on line 25, column (B) are $1,250,000 or more, file Form 990 instead of Form 990-EZ
(See the instructions for Part II.)

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . | 83,718 | **22** | 172,404.61 |
| 23 | Land and buildings Furniture Fixtures . . . . | 280,782 | **23** | 231,770.50 |
| 24 | Other assets (describe ▶ Est. Value Copyrights ) | 992,500 | **24** | 442,336.06 |
| 25 | Total assets . . . . . . . . . . . . . | 1,357,000 | **25** | 846,513.17 |
| 26 | Total liabilities (describe ▶ Accts Payable ) | -0- | **26** | 1,265.09 |
| 27 | Net assets or fund balances (line 27 of column (B) **must** agree with line 21 | 1,357,000 | **27** | 847,778.27 ✓ |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    Cat No 10642I    Form **990-EZ** (2009)

18

Form 990-EZ (2009)  Page **2**

## Part III  Statement of Program Service Accomplishments (See the instructions for Part III.)

What is the organization's primary exempt purpose? Develop materials & techniques To help dyslexics

Describe what was achieved in carrying out the organization's exempt purposes. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

Expenses
(Required for section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts, optional for others )

**28** Maintained + Operated Bernice Webb Memorial Library open to public 9-5 MVF
Answer questions + Inquiries about dyslexia by toll free Telephone, FAX,
e-mail + website. Represents 10% of our services.
(Grants $           ) If this amount includes foreign grants, check here . . . ▶ ☐ | **28a** | 21,141.70

**29** Developed + disseminated materials + techniques of remediation.
Published books + pamphlets - many free - some sold. Represents
60% of our services. - Also free info materials on websites.
(Grants $           ) If this amount includes foreign grants, check here . . . ▶ ☐ | **29a** | 126,850.20

**30** Maintained research center + FREE Reading Clinic - provided free
daily Tutoring, Trained free parents, Teachers + Volunteers to
be tutored 30% of our services
(Grants $           ) If this amount includes foreign grants, check here . . . ▶ ☐ | **30a** | 63,425.10

**31** Other program services (attach schedule) . . . . . . . . . . . . . .
(Grants $           ) If this amount includes foreign grants, check here . . . ▶ ☐ | **31a** |

**32** Total program service expenses (add lines 28a through 31a) . . . . . . . . . . . ▶ | **32** | 211,417.00

## Part IV  List of Officers, Directors, Trustees, and Key Employees. List each one even if not compensated. (See the instructions for Part IV.)

| (a) Name and address | (b) Title and average hours per week devoted to position | (c) Compensation (if not paid, enter -0-) | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| President Devorah Wolf 714 W 5th St Ann Arbor MI 48103 | President 1 | -0- | -0- | -0- |
| Michael Lane 7509 W. Wilson Rd Clio MI 48420 | Vice President 1 | -0- | -0- | -0- |
| Elmer Whaley 5360 W Wilson Rd Clio MI48055 | Treasurer 1 | 0 | 0 | 0 |
| Amy Messer 3501 Gratiot Flint MI 48503 | Trustee 1 | -0- | -0- | -0- |
| Elder Bergman 11271 Richmond Houston TV 77082 | Trustee 1 | -0- | -0- | -0- |
| Robert McCabe 3084½ Willard Birch Run MI48415 | Trustee 1 | -0- | -0- | -0- |
| Don McCabe Box 83 Birch Run MI48415 | Research Director 40 | -0- | -0- | -0- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **990-EZ** (2009)

... 

Form 990-EZ (2009)                                                                                          Page **3**

| **Part V** | **Other Information** (Note the statement requirements in the instructions for Part V.) | | | |
|---|---|---|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| 33 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity . . . . . . . . . . . . . . . . . . . . . | 33 |  | X |
| 34 | Were any changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the changes . . . . . . . . . . . . . . . . . . . . . . . | 34 |  | X |
| 35 | If the organization had income from business activities, such as those reported on lines 2, 6a, and 7a (among others), but **not** reported on Form 990-T, attach a statement explaining why the organization did not report the income on Form 990-T. |  |  |  |
| a | Did the organization have unrelated business gross income of $1,000 or more or was it subject to section 6033(e) notice, reporting, and proxy tax requirements? . . . . . . . . . . . | 35a |  | X |
| b | If "Yes," has it filed a tax return on **Form 990-T** for this year? . . . . . . . . . . . | 35b |  |  |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . | 36 |  | X |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ | 37a | —O— | |
| b | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . | 37b |  |  |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still outstanding at the end of the period covered by this return? . . | 38a |  | X |
| b | If "Yes," complete Schedule L, Part II and enter the total amount involved . . . . | 38b | | |
| 39 | Section 501(c)(7) organizations. Enter: |  |  |  |
| a | Initiation fees and capital contributions included on line 9 . . . . . . . . | 39a | | |
| b | Gross receipts, included on line 9, for public use of club facilities . . . . . . . | 39b | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ _____ ; section 4912 ▶ _____ ; section 4955 ▶ _____ |  |  |  |
| b | Section 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year or is it aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I . . . . . . . . . . . . | 40b |  | X |
| c | Section 501(c)(3) and 501(c)(4) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . . . . ▶ | —O— | | |
| d | Section 501(c)(3) and 501(c)(4) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . ▶ | —6— | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . | 40e |  | X |
| 41 | List the states with which a copy of this return is filed. ▶ Michigan |  |  |  |
| 42a | The organization's books are in care of ▶ AVKO Educational Research I.  Telephone no. ▶ 810 686 9283 |  |  |  |
|  | Located at ▶ 3084 Willard Rd Birch Run MI  ZIP + 4 ▶ 48416 |  |  |  |
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . . . . . . . . . | | | Yes | No |
|  | | 42b | | X |
|  | If "Yes," enter the name of the foreign country: ▶ |  |  |  |
|  | See the instructions for exceptions and filing requirements for **Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts.** |  |  |  |
| c | At any time during the calendar year, did the organization maintain an office outside of the U.S.? . . . . | 42c |  | X |
|  | If "Yes," enter the name of the foreign country: ▶ |  |  |  |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ | 43 | | |

|  |  |  | Yes | No |
|---|---|---|---|---|
| 44 | Did the organization maintain any donor advised funds? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . . . . . . | 44 |  | X |
| 45 | Is any related organization a controlled entity of the organization within the meaning of section 512(b)(13)? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . | 45 |  | X |

Form **990-EZ** (2009)

Form 990-EZ (2009)                                                               Page **4**

**Part VI**    **Section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts only.** All section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts must answer questions 46–49b and complete the tables for lines 50 and 51.

| | | Yes | No |
|---|---|---|---|
| 46 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . .   **46** | | X |
| 47 | Did the organization engage in lobbying activities? If "Yes," complete Schedule C, Part II . . . .   **47** | | X |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . .   **48** | | X |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? . . . .   **49a** | | X |
| b | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . .   **49b** | | |

50    Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and address of each employee paid more than $100,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    f    Total number of other employees paid over $100,000 . . . . ▶    —0—

51    Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None "

| (a) Name and address of each independent contractor paid more than $100,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |

    d    Total number of other independent contractors each receiving over $100,000 . . . ▶

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge |
|---|---|
| | ▶ *[signature]*       Oct. 9, 2010 |
| | Signature of officer                                  Date |
| | Research Director |
| | Type or print name and title |

| Paid Preparer's Use Only | Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's identifying number (See instructions) |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 | | EIN ▶ | |
| | | | Phone no ▶ | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . . . ▶ ☒ Yes ☐ No

Form **990-EZ** (2009)

**Line 20** 990-EZ  AVKO Educational Research Foundation, Inc  **23-7400448**

When we sold the non-exclusive publishing rights of the AVKO materials to Wave3Learning, Inc. for $50,000.00, we now had a basis for the estimated value of the copyrights, which we reduced by $490.000.00 from the $992,500.00 which James Rutledge of the Genesee County Intermediate School District had given us for purposes of incorporation.  The true value is, of course, the market value, which we can only guess at. If we had sold the exclusive publishing rights world wide for the $50,000.oo, we would have had to reduce the value of the copyrights by $942,500.00. As we have retained the world-wide publishing rights (minus the U.S. and Canada), we believe there is a considerable value left, (approximately half) but not as much as we had hoped it would be.

The additional discrepancy of $5,841.39 was the result of correcting a bookkeeping error.