IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAVE 3 LEARNING, INC., a Nevada corporation, | ) ) ) |
| Plaintiff, | ) Case Number: 1:14-cv-01948 ) |
| v. | ) Judge: Virginia Kendall ) |
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF MOTION

TO:    John Di Giacomo
       Revision Legal, PLLC
       148 E. Front Street, 3rd Floor
       Traverse City, MI 49684

**PLEASE TAKE NOTICE** that on June 19th, 2014, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Virginia Kendall, or any judge sitting in his or her stead in courtroom 2319 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall present **the following motion attached hereto**.

Michael Aschenbrener
Brian Noack
ASCHENBRENER LAW, P.C.
815 W Van Buren St., Suite 415
Chicago, Illinois 60607
Telephone: 312-462-4922                    By: s/Brian Noack
Facsimile: 312-462-4923                    One of His Attorneys
Email: btn@aschenbrenerlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 13, 2014, he caused a true and correct copy of this document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: June 13, 2014                                                            By: s/Brian Noack
                                                                                                      Brian Noack